**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| JORDAN BLACK | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 25-CV-2036 |
| | ) |
| EMILY DE LA CRUZ, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that Defendants Emily De La Cruz and Kassiah Martin served

their Responses to Plaintiff's Requests for Admissions on the 2nd day of July 2025, to Plaintiff's

counsel of record.

Respectfully submitted,

KRIS W. KOBACH
Attorney General

/s/ *Bradley E. Avery*
Bradley E. Avery, KS #13071
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email: brad.avery@ag.ks.gov
*Attorney for Defendants*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Arden Pearson
Missouri Kansas Queer Law
103 W 26th Ave Suite 170
North Kansas City, MO 64130
arden@mokanqueerlaw.com
*Attorney for Plaintiff*

s/ *Bradley E. Avery*
Bradley E. Avery, KS #13071
Assistant Attorney General

2