## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JORDAN BLACK | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **Case No. 25-CV-2036** |
| | ) | |
| EMILY DE LA CRUZ, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### OBJECTION TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION TO "DEFENDANT"

COMES NOW the defendants, by and through their attorney, Brad E. Avery, and proffer an objection to plaintiff's First Request for Production. The complaint lists by name two defendants, Emily De La Cruz and Kassiah Martin, plus "unknown board members of the Kansas Board of Cosmetology, acting both in their individual and official capacities under color of state law."

Plaintiff's Request for Production requests "Defendant respond within the time as prescribed by law and produce the following documents and things to Missouri Kansas Queer Law LLC 103 W. 26th Avenue Suite 170 North Kansas City, Missouri 64116 or at such other time and place as the parties may agree." At the very least, the plaintiff should be able to specify which defendant or defendants she wishes to respond to the Request for Production.

Neither named defendant, Ms. Cruz or Ms. Martin, are currently employed with the Kansas Board of Cosmetology. Defendants have disclosed the name of Jesse Adams, as the individual with likely current access to the records of the Kansas Board of Cosmetology: Jesse Adams, Interim Executive Director Kansas Board of Cosmetology, 714 S.W. Jackson, Topeka, KS 66603.

1

Respectfully submitted,

KRIS W. KOBACH
Attorney General

/s/ Bradley E. Avery
Bradley E. Avery, KS #13071
Assistant Attorney General
Memorial Bldg., 2nd Floor
120 SW 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 291-3767
Email:  brad.avery@ag.ks.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system which will send notice of electronic filing to the following:

Arden Pearson
Missouri Kansas Queer Law
103 W 26th Ave Suite 170
North Kansas City, MO 64130
arden@mokanqueerlaw.com
*Attorney for Plaintiff*

s/ Bradley E. Avery
Bradley E. Avery, KS #13071
Assistant Attorney General

2