**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

JORDAN BLACK,

      Plaintiff,

      v.

EMILY DE LA CRUZ, et al.,

      Defendants.

Case No. 25-2036-DDC-ADM

## FIRST AMENDED SCHEDULING ORDER

On September 19, 2025, the court stayed discovery in this matter pending the resolution of defendants' motion to dismiss.  (ECF 49.)  On March 26, 2026, the court partially granted the motion to dismiss, but plaintiff's equal-protection claim remains.  (ECF 53.)  The parties have jointly submitted a proposed schedule to re-set case-management deadlines.  (*See* ECF 49, at 3.) The Scheduling Order (ECF 12) is amended as follows:

| Event | Deadline/Setting |
|---|---|
| Motions for leave to amend | **April 27, 2026[1]** |
| Experts disclosed | **July 21, 2026** |
| Rebuttal experts disclosed | **August 20, 2026** |
| All discovery complete | **September 11, 2026** |
| Proposed pretrial order due | **September 18, 2026** |
| Pretrial conference | **September 29, 2026, at 10:00 a.m.** |
| Potentially dispositive motions (e.g., summary judgment) | **October 23, 2026** |

---

[1] The court set this deadline in its March 26, 2026 memorandum and order.  (ECF 53, at 1 n.1.)

1

| Motions challenging admissibility of expert testimony | **42 days before trial**[2] |
| --- | --- |
| Trial — ETT 5 days | **July 6, 2027, at 9:00 a.m.** |

All other provisions of the original Scheduling Order (ECF 12) remain in effect.   The schedule adopted in this First Amended Scheduling Order shall not be modified except by leave of court upon a showing of good cause.

**IT IS SO ORDERED.**

Dated April 10, 2026, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge

---

[2]  Any motion challenging the admissibility of expert testimony must be filed by 42 days before trial unless the motion encompasses a summary judgment issue, in which case the motion must be filed by the dispositive-motion deadline.