FILED
U.S. District Court
District of Kansas

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

JUN 1 5 2026

Civil Action No.  2:25-cv-2036

Clerk, U.S. District Court
By _JMM_____ Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Mary Blubaugh

was received by me on *(date)*  6/10/2026  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)*  6/10/2026  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/10/2026            _Shrae Sa_____
                                    Server's signature

                            Sharae Satter    Process Server
                                    Printed name and title

Madison Huffman
NOTARY PUBLIC~STATE OF KANSAS
MY APPT EXP: 4/24/29

_Madison Huffman_           _____
                                    Server's address

Additional information regarding attempted service, etc:

**SHAWNEE COUNTY SHERIFF**
**BRIAN C. HILL**
320 S. Kansas Avenue, Suite 200
Topeka, Kansas 66603-3641



ADDRESS SERVICE REQUESTED

United States District Court
For the District of kansas
500 State Avenue
Kansas City, KS 66101

PRESORTED
FIRST CLASS



US POSTAGE and PITNEY BOWES
ZIP 66103 $ 000.64⁴
02 4W
0000351704 JUN 12 2026

**RECEIVED**

JUN 15 2026

CLERK, U.S. DISTRICT COURT
KANSAS CITY, KANSAS

66101$2448 C048