AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | | |
|---|---|---|
| Jordan Black | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 2:25-cv-02036 |
| | ) | |
| Nicole Hines | ) | |
| | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Nicole Hines

Serve at:

6645 Wedd St.
Merriam, KS 66203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mary Madeline Johnson
Missouri Kansas Queer Law
103 W. 26th Avenue, Suite 200
North Kansas City, MO 64116

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/13/2026

s/N. Coop, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-2036

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Nicole Hines___

was received by me on *(date)* ___5·14·26___ .

☒ I personally served the summons on the individual at *(place)* ___6645 Wedd Street___
___Merriam, Kansas 66203___ on *(date)* ___5·16·26 @ 1103am___; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ ___——___ for travel and $ ___60⁰⁰___ for services, for a total of $ ___$60.00___ .

I declare under penalty of perjury that this information is true.


Date: ___5-16-26___

_____
*Server's signature*

___Kevin LaBranche___
*Printed name and title*
___823 Walnut Street #805___
___Kansas City, MO 64106___
___8167264917___ *Server's address*

Additional information regarding attempted service, etc: